United States District Court
Southern District of Texas

**ENTERED**

April 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FAITH MAHOGANY NARCISSE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-2135 |
| | § | |
| FRANK BISIGNANO, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On May 14, 2025, this case was referred to United States Magistrate Judge Richard W. Bennett for all pretrial purposes. (Dkt. 3). Judge Bennett filed a Memorandum and Recommendation on November 18, 2025 recommending that Plaintiff's motion for attorney's fees and expenses under the Equal Access to Justice Act ("EAJA") be granted. (Dkt. 20).

No objections have been filed to the Memorandum and Recommendation, and Defendant does not oppose Plaintiff's motion. (Dkt. 19). Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

2

(1)　　Judge Bennett's Memorandum and Recommendation (Dkt. 20) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)　　Plaintiff's motion for attorney's fees and expenses under the EAJA (Dkt. 17) is **GRANTED**; and

(3)　　Defendant will pay Plaintiff $8,085.00 in EAJA fees and $405.00 in costs in accordance with Judge Bennett's Memorandum and Recommendation.

It is so **ORDERED**.

SIGNED at Houston, Texas on April 10, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2